```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0042--CR (JKS)
                    "USA V MILTON G. ROY"
                  DEF 1.1 ROY, MILTON G.
```

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 04/18/02
              Closed: 01/14/03
  No. of Defendants: 1
      MJ Case Number:
                 AKA:
     Location status: Released on Bond
          Trial date:
          Terminated: YES
  Needs interpreter: NO
  Counsel of record: Sue Ellen Tatter
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 ROY, MILTON G.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:1344(2)   BANK FRAUD (F) | Sentenced (33-1) |
| 1 -  1 IND | 2 | 18:1343 WIRE FRAUD (F) | Sentenced (33-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A02-0042--CR (JKS)
                              "USA V MILTON G. ROY"

                               For all filing dates
```

```
   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 04/18/02
            Closed: 01/14/03
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 04/18/02 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 04/18/02 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 04/18/02 | [Re: DEF 1] JDR Grand Jury Minutes  WOA, detention. |
| NOTE - 2 | 08/06/02 | [Re: DEF 1] USM Notice of Arrest; defendant arrested by North Slope Borough Police on 08/05/02, transported to Fairbanks. |
| 3 - 1 | 08/09/02 | [Re: DEF 1] PLF 1 Conference certification. |
| NOTE - 3 | 08/12/02 | Issued: Speedy Trial Notice to Judge Singleton. cc: Bonnie Boyer |
| 4 - 1 | 08/12/02 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Indt (hld 8/8/02); S. Tatter apptd; def pled not guilty; bond set at $5,000. unsecured; PTM's due 8/27/02. cc: USA, FPD, USM, USPO, Judge Singleton |
| 5 - 1 | 08/12/02 | [Re: DEF 1] Financial Affidavit. |
| 6 - 1 | 08/12/02 | [Re: DEF 1] Appearance bond set at $5,000. |
| 7 - 1 | 08/12/02 | [Re: DEF 1] Order setting conditions of release re bond set at $5,000. cc: USA, FPD, USM, USPO |
| 8 - 1 | 08/12/02 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 8/27/02; cnsl to meet & confer by 8/9/02. cc: USA, FPD |
| 9 - 1 | 08/13/02 | [Re: DEF 1] JKS Minute Order setting TBJ for 09/09/02 at 9:00 a.m. and FPTC for 09/06/02 at 2:00 p.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 10 - 1 | 08/13/02 | DEF 1 motion on shortened time for bail modification w/att aff. |
| 11 - 1 | 08/14/02 | [Re: DEF 1] Clerk's Notice that passport # 075800038 has been received by the clerk and is in the vault for safe keeping. cc:USA, FPD, USM, PO, Finance (w/passport) |
| 12 - 1 | 08/14/02 | [Re: DEF 1] JDR Order granting as directed motion on shortened time for bail modification (10-1). cc: USA, FPD, USM, USPO |
| 13 - 1 | 08/19/02 | [Re: DEF 1] Return of WOA executed on 8/5/02 at Barrow, AK. |
| 15 - 1 | 08/28/02 | [Re: DEF 1] JKS Minute Order setting hrg on mot to cont trial (14-1) for 09/03/02 at 10:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 16 - 1 | 09/04/02 | [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] re: hrg on mot to cont trial held 09/03/02; Crt granted unopposed mot on shortened time to cont trial (14-1); Crt vacated FPTC set for 09/06/02 and TBJ set for 09/09/02; Crt reset FPTC for 11/01/02 and TBJ for 11/04/02. cc: USA, FPD, USM, USPO, MJ Roberts, JC |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0042--CR (JKS)
"USA V MILTON G. ROY"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 17 - | 1 | 09/05/02 | [Re: DEF 1] JDR Minute Order re hrg to set new ptm's ddln set for 9/9/02 at 10:00 a.m. cc: USA, FPD |
| 18 - | 1 | 09/09/02 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] of hrg to set new ptm ddln (held 9/9/02); def's oral mot for cont ptms GRANTED; ptms due by 9/24/02. cc: USA, FPD |
| 19 - | 1 | 09/10/02 | [Re: DEF 1] JKS Order of excludable delay re: motion to continue trial at dkt 14. Court finds excludable under 3161(h)(8)(A)(B) for a totoal of 18 days. |
| 20 - | 1 | 10/24/02 | DEF 1 Notice of Intent to change plea. |
| 21 - | 1 | 10/30/02 | [Re: DEF 1] JKS Minute Order setting PCOP for 10/30/02 at 10:00 a.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 22 - | 1 | 10/30/02 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] re: PCOP held 10/30/02; def plead guilty to cts 1 & 2 of the Indt; IOS set for 01/10/03 9:00 a.m.; FPTC and TBJ vacated; def to remain on bond pending IOS. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 23 - | 1 | 11/06/02 | DEF 1 Unopposed motion for bail modifications w/att aff. |
| 24 - | 1 | 11/07/02 | [Re: DEF 1] JKS Order granting unopposed mot for bail modifications (23-1). cc: USA, FPD, USM, USPO, MJ Roberts |
| 25 - | 1 | 11/12/02 | DEF 1 motion (errata) to defendant's unopposed motion for bail modification. |
| 26 - | 1 | 11/13/02 | [Re: DEF 1] JKS Order granting mot (errata) to def's unoppo mot for bail modif (25-1). cc: USA, FPD, USM, USPO |
| 27 - | 1 | 01/03/03 | DEF 1 Unopposed motion to continue sentencing for one hour on 01/10/03. |
| 28 - | 1 | 01/03/03 | DEF 1 Notice of witness testimony at IOS. |
| 29 - | 1 | 01/03/03 | [Re: DEF 1] JKS Order granting unopposed mot to cont sentencing for one hour (27-1); IOS reset for 01/10/03 at 10:30 a.m. cc: USA, FPD, USM, USPO |
| 30 - | 1 | 01/03/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 31 - | 1 | 01/03/03 | DEF 1 Sentencing Memorandum w/att exh. |
| 32 - | 1 | 01/14/03 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] re: IOS, held 01/10/03; def sentenced to 30 mos in prison; 60 mos SR; $200 SA; $304,256.00 Restitution; surrender to U.S. Marshal 03/03/03 or 48 hrs after completion of probation revocation in State Crt; pretrial services rpt to be furnished to Judge Jeffrey. |
| 33 - | 1 | 01/14/03 | [Re: DEF 1] JKS Judgment pleaded guilty to cts 1,2 of the Indt (1-1); def sentenced to 30 mos in prison; 60 mos SR; $200 SA; $304,256.00 restitution. cc: USA, FPD, USM, USPO, DEF w/cnsls cy; FLU, MJ Roberts |
| 34 - | 1 | 02/13/03 | [Re: DEF 1] Transcript of IOS 01/10/03. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A02-0042--CR (JKS)
                              "USA V MILTON G. ROY"

                                   For all filing dates


Document #    Filed        Docket text

NOTE -    4   04/08/03     Issued: writ of execution on DEF 1 .

  35 -    1   04/08/03     [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

  36 -    1   04/15/03     USM Return of svc on judgment on 4/4/03 to SCP Sheridan at Sheridan, OR.

  37 -    1   08/06/03     [Re: DEF 1] Clerk's Notice that def submit receipt for passport or file
                           a mot for return of passport. cc: USA, FPD

  38 -    1   03/09/04     USM Return of svc on writ of execution on PFD re: DEF 1 on 4/10n/03 no
                           funds available.

  39 -    1   06/14/04     [Re: DEF 1] JKS Minute Order that passport #075800038 shall be returned
                           to def or his cnsl. cc: USA, FPD, FINANCE

  40 -    1   07/26/05     [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

NOTE -    5   07/27/05     Issued: writ of execution re: DEF 1 on PFD.

  41 -    1   12/30/05     USM Return of writ of garnishment executed 8/4/05.
```