IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>MILTON G. ROY,<br><br>                    Defendant. | Case No. 3:02-cr-042-JKS<br><br>ORDER TO RELEASE ATTACHED PFD FUNDS |

      Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

      The attached funds, in the amount of $837.76, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

      IT IS SO ORDERED.

DATED:  January 20, 2006                    /s/ James K. Singleton
                                                       JAMES K. SINGLETON
                                                       JUDGE U.S. DISTRICT COURT